ACCEPTED
01-15-00493-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00493-CR

_____

IN THE COURT OF APPEALS

FOR THE FIRST SUPREME JUDICIAL DISTRICT

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/18/2015 7:27:11 PM
~~VOID K~~
CHRISTOPHER A. PRINE
Clerk

_____

RODERICK ODELL WILLIAMS,

Appellant,

Vs.

THE STATE OF TEXAS,

Appellee

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 11:28:00 AM
CHRISTOPHER A. PRINE
Clerk

_____

Appealed from the 180TH District Court

Of Harris County, Texas

Cause Number 1373609

_____

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

_____

DENA FISHER
SBOT: 24034440
440 LOUISIANA, STE 200
HOUSTON, TX 77002
P: 713.222.2201
F: 713.224.2815
d2f@sbcglobal.net

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, RODRICK ODELL WILLIAMS, files this Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on October 18, 2015.

Counsel for Appellant requests a 30 day extension of time to file its brief, making the brief due on November 19, 2015. This is the second request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1. Counsel for Appellant has had the following matters set for trial or hearings in the last thirty days:

   State of Texas v. Ramirez, Cause No. 201505875J – Murder

   State of Texas v. Vaden, Cause No. 1448167 – Felony DWI trial

   State of Texas v. Kendrick, Cause No. 20152740J – Murder

   State of Texas v. Jorge Guerrero – Cause No. 201200331J – Aggravated Robbery

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief. Appellant prays for all other relief to which it may be entitled.

Respectfully submitted,

  /s/ Dena Fisher
DENA FISHER
SBOT: 24034440
440 LOUISIANA, STE 200
HOUSTON, TX 77002
P: 713.222.2201
F: 713.224.2815
d2f@sbcglobal.net
Counsel for Appellant

## CERTIFICATE OF SERVICE

I certify that on October 18, 2015, a true and correct copy of the forgoing motion was delivered to the Harris County District Attorney's Office by efile.

  /s/ Dena Fisher
DENA FISHER
SBOT: 24034440
Counsel for Appellant